## Second Department, November, 1936.
### (November 2, 1936.)

Hugh Berzety, Respondent, v. The John Hancock Mutual Life Insurance Company of Boston, Mass., and James H. Malone, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.

James Kopernick, Respondent, v. The John Hancock Mutual Life Insurance Company of Boston, Mass., and James H. Malone, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.

### (November 6, 1936.)

Benjamin Apfel, Respondent, v. London Guarantee & Accident Co., Ltd., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.

Herman Burch, as Administrator, etc., of Carmen Burch, Deceased, Appellant, v. The Prudential Insurance Company of America, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

Paul Chrekjian, Respondent, v. McNerney Storage & Transportation Co., Inc., and John E. McNerney, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.

Home Owners' Loan Corporation, Respondent, v. Mary L. Stark, Frank M. Swacker and Loretta C. Swacker, His Wife, Appellants.— In so far as the respondent moves to dismiss the appeal from the order entered on July 11, 1936, striking out the separate and distinct defense contained in paragraphs III, IV and V of appellants' answer, the motion is granted and the appeal from that order is dismissed, without costs, upon the ground that the order appealed from was affirmed by this court on October 16, 1936. [See 248 App. Div. 892.] In so far as the respondent moves to dismiss the appeal from the judgment entered on August 27, 1936, the motion is denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, the motion is granted, without costs. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Petition of Ulrica Gargiulo to Render and Settle Her Account as Administratrix with the Will Annexed, and as Substituted Trustee of the Last Will and Testament of Raffaele Gargiulo, Deceased. Ulrica Gargiulo, Administratrix c. t. a. and Substituted Trustee, etc., of Raffaele Gargiulo, Deceased, Appellant; Silvio Gargiulo and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.